IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Sammie Louis Stokes, | ) | C/A No.: 1:16-845-RBH-SVH |
|---|---|---|
| Petitioner, | ) | DEATH PENALTY CASE |
| vs. | ) | |
| Bryan P. Stirling, Director, South Carolina Department of Corrections; Joseph McFadden, Lieber Correctional Institution, | ) | ORDER |
| Respondents. | ) | |

This matter comes before the court on a review of the parties' pretrial memoranda. After careful consideration of the memoranda and all arguments presented therein and out of an abundance of caution to ensure there is no confusion, the undersigned sets forth the following procedure the court intends to utilize for the evidentiary hearing:

I. Opening Statements

    A. Petitioner

    B. Respondent

II. Petitioner's opportunity to present his case regarding *Martinez* claims, including direct and cross examination of all Petitioner's witness(es).

III. Motions, if any

IV. Respondent's opportunity to present rebuttal witness(es), if any, including direct and cross examination.

V. Motions, if any

VI. Closing Arguments

IT IS SO ORDERED.

*Shiva V. Hodges*

November 8, 2017  Shiva V. Hodges
Columbia, South Carolina  United States Magistrate Judge