AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

Sammie Louis Stokes,
*Petitioner*
v.
Bryan P Stirling *Director, South Carolina Department of Corrections*; Lydell Chestnut *Deputy Warden of Broad River Road Correctional Secure Facility*.
*Respondents*

Civil Action No.    1:16-cv-0845-RBH

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ The Court issues Petitioner a writ of habeas corpus vacating his death sentence unless the State of South Carolina grants him a new sentencing hearing within one year (365 days) of the date of this Order. If the State of South Carolina has not commenced jury selection in the new sentencing hearing within 365 days (i.e., October 15, 2022), the State must sentence Petitioner to life imprisonment.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Judge R. Bryan Harwell, Chief United States District Judge, presiding. The court having issued a writ of habeas corpus.

Date:   October 15, 2021

*ROBIN L. BLUME, CLERK OF COURT*

s/L. Baker

*Signature of Clerk or Deputy Clerk*