# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Sammie Louis Stokes, #5069, ) | C/A No. : 1:16 –845- RBH |
| ) | (Capital Case) |
| Petitioner, ) | |
| vs. ) | |
| ) | |
| Bryan P. Stirling, *Director, South Carolina Department of Corrections*; and Lydell Chestnut, *Deputy Warden of Broad River Road Correctional Secure Facility*, ) ) ) ) ) | MOTION TO VACATE ORDER; JUDGMENT OF THE FOURTH CIRCUIT COURT OF APPEALS VACATED |
| ) | |
| Respondents. ) | |

On October 15, 2021, in compliance with the Fourth Circuit panel majority's grant of resentencing relief in *Stokes v. Stirling*, 10 F.4th 236 (4th Cir. 2021), and in the absence of a stay, this Court entered an order directing resentencing proceedings to begin no later than October 15, 2022. (ECF No. 242). Today, the Supreme Court of the United States granted Respondents' petition and vacated the Fourth Circuit's grant of resentencing relief. *Stirling v. Stokes,* No. 21-938 (U.S. May 31, 2022). (Attachment 1). The matter has been remanded to the "Court of Appeals for the Fourth Circuit for further consideration in light of *Shinn* v. *Martinez Ramirez*, 596 U. S. ___ (2022)." *Id*.

Therefore, Respondents respectfully request this Court vacate its order of October 15, 2021, ECF No. 242, and the judgment entered on same, ECF No. 243.[1]

Respectfully submitted,

---

[1] To the extent there is a duty to consult, *see* Local Rule 7.02, Respondents attempted to consult with counsel for Petitioner via email, dated today, sent at 3:48 pm, with a draft of the notice and request attached. As of this filing at the close of business, undersigned counsel has not yet received a response.

1

ALAN WILSON
Attorney General, State of South Carolina

DONALD J. ZELENKA
Deputy Attorney General

MELODY J. BROWN
Senior Assistant Deputy Attorney General
Fed. I.D. No. 7979

MICHAEL D. ROSS
Assistant Attorney General

Office of the Attorney General,
State of South Carolina
Post Office Box 11549
Columbia, South Carolina 29211
(803) 734-6305

       *s/Melody J. Brown*
By:_____.
ATTORNEYS FOR RESPONDENTS

May 31, 2022